UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JOHN HALL, JR.,<br><br>Defendant. | 4:19-CR-40068-01-KES<br><br><br>ORDER GRANTING CONTINUANCE |

Defendant, William John Hall, Jr., moves for a 60-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel needs additional time to review discovery and discuss the case with defendant. Based on the foregoing, it is therefore

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | December 31, 2019 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | December 31, 2019 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to January 17, 2020 |
| Applications for Writ of Habeas Corpus Ad | January 28, 2020 |

| | |
|---|---|
| Testificandum | |
| Other motions | February 4, 2020 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | February 4, 2020 |
| Plea agreement or petition to plead and statement of factual basis | February 4, 2020 |
| Notify court of status of case | February 4, 2020 |
| Motions in limine | February 11, 2020 |
| Proposed jury instructions due | February 11, 2020 |
| Jury trial | Tuesday, February 18, 2020, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated November 26, 2019.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE