UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR19 – 40068 |
| Plaintiff, | |
| vs. | MOTION FOR CONTINUANCE (THIRD) |
| WILLIAM JOHN HALL JR | |
| Defendants. | |

William Hall, Jr, Defendant in the above-entitled case, by his attorney of record, Kenneth M. Tschetter, of Sioux Falls, South Dakota, hereby moves the Court for an Order continuing the February 4, 2020, plea agreement deadline, as well as all other court dates previously set by the Court, for a period of sixty (60) days. Defendant asserts the following good cause:

1. Defense counsel needs additional time to review discovery and discuss the case with Defendant.

2. Assistant U.S. Attorney Jennifer Mammenga has been notified of this motion and has no objection.

3. Defendant's Consent and Waiver of Speedy Trial Rights will be filed separately.

4. This motion is not made solely for delay or for any other improper reason. Defendant's Counsel makes this request for the Defendant in order to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant moves the Court to continue the February 4, 2020, plea agreement deadline, as well as all other court dates previously set by the Court, for a period of sixty (60) days, and to enter a new scheduling order accordingly.

Respectfully submitted this 27th day of January, 2020.

                                  Tschetter & Adams Law Office, P.C.

                                  /s/ Kenneth M. Tschetter
                                  Kenneth M. Tschetter
                                  5919 S. Remington Place, Suite 100
                                  Sioux Falls, SD 57108
                                  (605) 367-1013
                                  ken@tschetteradams.com
                                  Attorney for Defendant William Hall Jr

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2020, I served upon Assistant US Attorney Jennifer Mammenga by electronic filing a true and correct copy of the Motion for Continuance (Third) and this Certificate of Service.

                                  /s/ Kenneth M. Tschetter
                                  Kenneth M. Tschetter
                                  Attorney for Defendant William Hall Jr