UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>WILLIAM JOHN HALL,<br><br>    Defendant. | CR. 19-40068-01-KES<br><br><br>SENTENCING<br>SCHEDULING ORDER |

In accordance with the court's oral order of today, it is

ORDERED that deadlines are as follows:

| Filer | Document | Event | Date |
|---|---|---|---|
| Probation Officer | Draft Presentence Report | Draft Presentence Report | August 31, 2020 |
| Counsel | Objections | Sealed Objections to Presentence Report | September 14, 2020 |
| Counsel | No objections | Notice of No Objections to Presentence Report | September 14, 2020 |
| Counsel | Letters of support | Sealed Letter(s) of Support | September 28, 2020 |
| Counsel | All other presentence-related documents | Appropriate Sealed Event | September 28, 2020 |
| Probation Officer | Final Presentence Report and Addendum | Final Presentence Report | September 28, 2020 |
| Sentencing hearing | | | Monday, October 5, 2020, at 9:00 a.m. |

Dated July 14, 2020.

BY THE COURT:

*/s/ Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE