# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - JLS | Court Reporter – Carla Dedula |
| Courtroom - SF #2 | Date – October 5, 2020 |
| U.S. Probation Officer – Brent Hubers | |

### 4:19-CR-40068-01

| | |
|---|---|
| United States of America | Connie Larson |
| Plaintiff, | |
| vs. | |
| William John Hall, Jr. | Ken Tschetter |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

TIME:
9:05 AM     Enter contested sentencing hearing

              Sentence imposed: 97 months imprisonment; 4 years supervised release; $100 special assessment

              Defendant must self-surrender on 10/19/2020 by 12:00 PM.

10:08 AM    Court adjourned